# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSEMARY HANSEN**,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**SPEEDWAY, et al.**,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 19-3174-KSM |

## ORDER

**AND NOW**, this 26th day of January, 2021, upon consideration of Defendants' Motion to Enlarge the Time to Complete Discovery and Compel a Rule 35 Examination of Plaintiff (Doc. No. 23), Plaintiff's opposition brief (Doc. No. 27), and the parties' oral arguments on the Motion, and for the reasons set forth in the Memorandum, it is hereby **ORDERED** that Defendants' Motion (Doc. No. 23) is **GRANTED IN PART** as follows:

1. Defendants' expert may perform an independent medical examination of Plaintiff, but is restricted to rebutting items 6 and 7 of Dr. Holzman's expert report (Doc. No. 23-2).[1]

2. To the extent Defendants' Motion seeks relief beyond that granted in this Order, the Motion is **DENIED**.

**IT IS SO ORDERED**.

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] The Court understands that Defendants' expert is available to conduct this examination on February 18, 2021. By January 28, 2021, Defendant's counsel shall provide the Court with an approximate date for the completion of the expert's written report in order that the Court can issue an Amended Scheduling Order.